# RICHARD J. MA, ESQ.

20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardma@maparklaw.com

June 19, 2025

**The request is granted. The conference scheduled for July 2, 2025, is canceled. The Court will hold a change of plea hearing on July 9, 2025, at 10:00 a.m. The parties should advise the Court as to their views on whether time should be excluded under the Speedy Trial Act until July 9, 2025.**

**SO ORDERED**
**June 19, 2025**
**New York, New York**

_____
JOHN P. CRONAN
United States District Judge

*Via ECF and E-Mail*
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Sheldon Beecher*
      24 Cr. 564 (JPC)

Dear Judge Cronan:

As Your Honor is aware, I am counsel to Mr. Sheldon Beecher, the defendant in the above-referenced matter. This letter is submitted on behalf of both parties to inform the Court that Mr. Beecher is prepared to plead guilty pursuant to a plea agreement and to request a change of plea hearing.

The parties respectfully request a change of plea hearing on July 9, 2025, at 10:00 a.m. I have consulted with Chambers and have been advised that the Court is available on that date and time. Additionally, the parties request that the status conference, previously scheduled for July 2, 2025, be canceled in light of the anticipated guilty plea.

Thank you. Should the Court have any questions or concerns, or should any further information be required, kindly contact the undersigned.

Respectfully submitted,

/s/ Richard J. Ma

Richard J. Ma, Esq.
Counsel to Sheldon Beecher

cc via email:  A.U.S.A. Courtney Heavey