UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                   :

UNITED STATES OF AMERICA,            :

                                 :

         -v-                   :           24 Cr. 564 (JPC)

                                 :

SHELDON BEECHER,               :           <u>ORDER</u>

                               :

                Defendant.       :

                               :

---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Defendant Sheldon Beecher's sentencing is scheduled for December 2, 2025, at 10:00 a.m. At sentencing, the parties should be prepared to discuss whether the conduct referenced in Paragraph 14 of the Presentence Investigation Report warrants an enhancement for obstruction of justice under Guidelines Section 3C1.1 and, if so, whether that impacts Defendant's eligibility for a reduction of his offense level for acceptance of responsibility pursuant to Section 3E1.1. *See* U.S.S.G. § 3E1.1 cmt. n.4.

While not required to do so, either party also may file a written submission on this issue. Any written submission must be made by December 1, 2025.

SO ORDERED.

Dated: November 29, 2025
      New York, New York                                              JOHN P. CRONAN
                                                    United States District Judge